377 A.2d 185

Commonwealth v. Scales, Appellant.

Submitted November 8, 1976. Wayne S. Lipecky, Public Defender, for appellant;

Joseph S. Walko, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.